427 A.2d 249

Commonwealth v. Jackson, Appellant.

Submitted November 16, 1979. John R. Cook, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.